UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:21-cv-3193-MWF (SKx) | Date | April 16, 2021 |
|---|---|---|---|
| Title | Kenneth Fisher v. David M. Singer et al. | | |

| Present: The Honorable | Steve Kim, U.S. Magistrate Judge |
|---|---|
| Connie Chung | n/a |
| Deputy Clerk | Court Smart / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| None present | None present |

**Proceedings:** (IN CHAMBERS) **ORDER TO SHOW CAUSE**

Plaintiff is a federal prisoner seeking to proceed in forma pauperis with a complaint for injunctive relief under the Eighth and Fourteenth Amendments. But Plaintiff has failed to authorize disbursements from his prison trust account to pay the filing fees and to provide a certified copy of his trust fund statement for the last six months. *See* 28 U.S.C. § 1915(a)-(b); L.R. 5-2. Although Plaintiff has provided an AO 240 form, this form does not include the required authorization. (ECF 4). Without authorization and a certified trust account statement, Plaintiff cannot proceed with his complaint unless he first pays the full amount of the filing fee.

For these reasons, Plaintiff is **ORDERED TO SHOW CAUSE** on or before **April 30, 2021** why his in forma pauperis application should not be denied without prejudice for failure to include all the required supporting documents. Payment of the full amount of the filing fee by April 30, 2021 will automatically discharge this order. If Plaintiff files no timely response to this order, the Court may also recommend involuntary dismissal of this action for failure to prosecute. *See* Fed. R. Civ. P. 41(b); L.R. 41-1.

**IT IS SO ORDERED.**